[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec. 04, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10397
Non-Argument Calendar

_____

D. C. Docket No. 08-00163-CR-T-24TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CURTIS NORRIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 4, 2009)

Before EDMONDSON, BIRCH and KRAVITCH, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Curtis Norris, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Norris's convictions and sentences are **AFFIRMED.** Norris's motion for an extension of time to file a pro se response, and for an order directing counsel to forward the case file and records, is **DENIED AS MOOT.**